COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-213-CV

 

IN RE JOE LAWRENCE DAVIS                                                   RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator's application for writ of mandamus and is of the
opinion that relief should be denied. 
Accordingly, relator's application for writ of mandamus is denied.

 

PER CURIAM

 

 

PANEL B: 
WALKER, GARDNER, and MCCOY, JJ.

 

DELIVERED: 
June 21, 2006











    [1]See
Tex. R. App. P. 47.4.